Robert S. Payne, Bar No. 08629
Lincoln Law Center, LLC
921 W. Center St.
Orem, UT 84057
Phone 800.224.8282
Fax 800.584.6826

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| In re: JON K. CHERRINGTON and SANDRA J. CHERRINGTON | : : : : | Bankruptcy No. 09-31384 Chapter 13 |
| Debtor | : | |

### ORDER GRANTING DEBTORS' OBJECTION TO CLAIM NO.6 OF BEEHIVE CREDIT UNION

Debtors' Objection to Claim No. 6 of Beehive Credit Union came before the Court. No timely objections to objection were filed, and the hearing was stricken. The Court denies Beehive's Claim No. 6 and reclassifies the claim as $9,794.00 secured and $3,605.42 unsecured. The Court having heard the evidence, having reviewed the pleadings on file, having consulted applicable law, and being fully advised in the premises,

**HEREBY ORDERS, ADJUDGES AND DECREES:**

1. That the Debtors' Objection to Claim No. 6 is **GRANTED**, in that the Court DENY Beehive's Claim No. 6 and reclassify the claim as $9,794.00 secured and $3,605.42 unsecured.

---------------------------------END OF DOCUMENT-----------------------------

**Filed: 08/02/10**

## Certificate of Mailing

I do hereby certify that I have sent a true and correct copy of the foregoing Order Granting Debtors' Objection to Claim No. 6 via BNC Notification Center to the parties listed below:

U.S. Trustee (via ECF)

Trustee Anderson (via ECF)

Debtors John and Sandra Cherrington
541 North Mitchell Drive
Spanish Fork, UT 84660

Beehive Credit Union
1467 South Main
Salt Lake City, UT 84105

_____
Clerk